S89A0433. HOWARD v. SAVANNAH COLLEGE OF ART & DESIGN, INC. et al.
(387 SE2d 332)

WELTNER, Justice.

A newspaper reporter refused to answer certain questions propounded to her during a deposition taken in the course of civil litigation. Her refusal was based upon her assertion of a purported "qualified reporter's privilege."

The trial court held: "Georgia has no statutory qualified re-

---

porter's privilege. . . . [She] has no qualified reporter's privilege under the law of this state."

This holding was correct. *Vaughn v. State*, 259 Ga. 325 (381 SE2d 30) (1989).

*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 11, 1990 —
RECONSIDERATION DENIED FEBRUARY 6, 1990.

*Hull, Towill, Norman & Barrett, David E. Hudson, James B. Ellington,* for appellant.

*Ranitz, Mahoney, Forbes & Coolidge, Morton G. Forbes, Catherine M. Bowman, Middleton & Anderson, Susan E. Shelley, Neely & Player, Taylor Tapley Daly, Leigh M. Wilco,* for appellees.

*Dow, Lohnes & Albertson, Terrence B. Adamson, Peter C. Canfield, Carolyn Y. Forrest,* amicus curiae.